*Burns F. Barford* for appellants.

*Jacob K. Javits, Attorney-General (Richard H. Shepp* and *Henry S. Manley* of counsel), for respondent.

Judgment of the Appellate Division reversed and that of the Court of Claims reinstated, with costs in this court and in the Appellate Division, upon the ground that the weight of evidence favors the findings and conclusions of the Court of Claims. No opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke, JJ.

Albert Boris Leasing Corporation, Respondent, *v.* City of New York, Appellant.

Argued June 2, 1955; decided July 8, 1955.

*Peter Campbell Brown, Corporation Counsel (Meyer Scheps, Harry E. O'Donnell, Benjamin Offner* and *Frank W. Porcaro* of counsel), for appellant.

*Lyle Evans Mahan* and *Louis Jay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ. Taking no part: Burke, J.

In the Matter of 100 Park Avenue, Appellant, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Respondents. [100 Park Ave., Borough of Manhattan.]

Argued May 26, 1955; decided July 8, 1955.